# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dore, Timothy W. | Bankruptcy Court - Western Washington | 05/02/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

700 Stewart Street, Room 8131
Seattle, WA 98101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-personal representative | Estate #1 - See Part VIII |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/23/09 | Ryan Retirement Plan and Trust (retirement plan with former law firm (Ryan, Swanson & Cleveland, PLLC)) - See Part VIII |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dore, Timothy W. | 05/02/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 01/01/2012 | Wood & Jones P.S. -     salary for legal services. See Part VIII |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dore, Timothy W.** | 05/02/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Oregon State Bar | Seminar registration fee (Northwest Bankruptcy Institute). See Part VIII | $425.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Pacific Crest Savings Bank | Guaranty of loan to Westrend Holdings LLC. See Part VIII | M |
| 2. | Chase | Guaranty of loan to Westrend Holdings LLC. See Part VIII | M |
| 3. | DP: Chase | Mortgage on rental property in Baggs, Wyoming | M |
| 4. | DP: Bank of America | Credit card/Line of credit | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dore, Timothy W. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. DP: Investment Real Property, Baggs, WY | E | Rent | M | W | | | | | |
| 2. Chase (bank accounts) | A | Interest | M | T | | | | | |
| 3. Wells Fargo (bank accounts) | A | Interest | K | T | | | | | |
| 4. E-Trade (bank accounts) | A | Interest | M | T | | | | | |
| 5. E-Trade (brokerage account) (H) | | | | | | | | | |
| 6. --Cash | A | Interest | J | T | | | | | |
| 7. Ryan Retirement Plan & Trust (H) | | | | | | | | | |
| 8. --MainStay Large Cap Growth | | None | N | T | | | | | |
| 9. --Schwab S&P 500 Index | | None | M | T | | | | | |
| 10. --American Beacon Small Cap Value | | None | L | T | | | | | |
| 11. --Columbia Acorn Z | | None | M | T | | | | | |
| 12. --Eagle Small Cap Growth | | None | L | T | | | | | |
| 13. --American Funds EuroPacific Growth | | None | M | T | | | | | |
| 14. --Janus Balanced S | | None | M | T | | | | | |
| 15. DP: Vacant Land, Cody, WY (50% interest in two lots) | | None | K | W | | | | | |
| 16. DP: Whole Life insurance - New York Life | A | Int./Div. | L | T | | | | | |
| 17. DP: IRA - Fidelity Destiny Plan | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dore, Timothy W. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DP: Bank of America (bank accounts) | A | Interest | J | T | | | | | |
| 19. DP: Chase (bank accounts) | A | Interest | J | T | | | | | |
| 20. Estate #1 (H) | | | | | | | | | |
| 21. --Residential Real Property, Seattle, WA | | None | | | Sold | 11/30/12 | N | A | Craig McNary |
| 22. --Personal Property | | None | | | Sold | 08/19/12 | J | A | Estate Sale |
| 23. --Chase (bank accounts) | | None | N | T | | | | | |
| 24. Race Horse (Little Miss Macky) | A | Royalty | | | Buy | 06/24/12 | J | | Claim. See Part VIII. |
| 25. | | | | | Sold | 08/02/12 | J | A | Claim. See Part VIII. |
| 26. Race Horse (unnamed) | | None | J | W | Buy | 10/8/12 | J | | Mark Dedomenico LLC |
| 27. California Race Tracks (deposit account) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dore, Timothy W. | 05/02/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part I, Item 1: Estate came into existence as the result of the death of a family member on March 21, 2012.
2) Part II, Item 1: Agreement dated 12/23/09 (updated from March 2003). 100% vested; no longer allowed to contribute; no control other than over my own vested interest in the plan.
3) Part III, Item B.1: January 2012 - December 2012.
4) Part V, Item 1: I spoke at this seminar.
5) Part VI, Item 1: Loan is secured by property owned by Westrend Holdings LLC and is paid by Westrend Holdings LLC.
6) Part VI, Item 2: Loan is secured by property owned by Westrend Holdings LLC and is paid by Westrend Holdings LLC.
7) Part VII, Item 24: The income was purse money won in a race.
8) Part VII, Items 24 and 25: Both purchase and sale were through claiming races. I am not aware of the identity of the other party to the transactions.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Dore, Timothy W. | 05/02/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Timothy W. Dore**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544